UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for John DaSilva and Jessica DaSilva, Debtors

In Re:

John DaSilva
Jessica DaSilva,

      Debtors.

Case No.: 21-11511

Judge: VFP

Chapter: 13

Recommended Local Forms: ☒ Followed ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

We, John DaSilva and Jessica DaSilva, upon our oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on April 15, 2021.

2. The above named Debtors have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

New 5/23/06.jml

1

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

We certify under penalty of perjury that the foregoing is true and correct.

DATED: 3·1·21                                         _____
                                                      John DaSilva
                                                      Signature of Debtor

DATED: 3·1·21                                         _____
                                                      Jessica DaSilva
                                                      Signature of Joint Debtor

New 5/23/06.jml