UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                              Bankr. Case No. 21-11511-VFP-13

John DaSilva and Jessica Lynn DaSilva                                                     Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

     Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                       Americredit Financial Services, Inc. dba GM Financial
                       PO Box 183853
                       Arlington, TX  76096

                                     By  /s/  Mandy Youngblood

                       Mandy Youngblood
                       PO Box 183853
                       Arlington, TX  76096
                       877-203-5538
                       877-259-6417
                       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 21-11511-VFP-13

John DaSilva and Jessica Lynn DaSilva  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 11, 2021 :

| | |
|---|---|
| SCOTT J GOLDSTEIN<br>280 W MAIN ST<br>DENVILLE, NJ  07834 | MARIE-ANN GREENBERG<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx33007 / 1037808