Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−11511−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John DaSilva                             Jessica Lynn DaSilva
   41 Outlook Ave                       fka Jessica Malatesta
   Budd Lake, NJ 07828−3413         41 Outlook Ave
                                                      Budd Lake, NJ 07828−3413

Social Security No.:
   xxx−xx−0622                                   xxx−xx−1079
Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 16, 2021.


Dated: April 16, 2021
JAN: jf

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11511-VFP |
| John DaSilva | Chapter 13 |
| Jessica Lynn DaSilva | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: plncf13 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |
| cr | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519155811 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519122294 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519122293 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519122295 | | Anesthesia Associates of Morristown< PA, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122296 | | Atlantic Ambulance Corp, PO Box 35654, Newark, NJ 07193-5654 |
| 519122297 | | Atlantic Medical Group, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122299 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519168948 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519122301 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519122300 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519122309 | + | CMRE Financial Services, 3075 E Imperial Hwy, Brea, CA 92821-6753 |
| 519122312 | + | David B. Watner, Esq., 1129 Bloomfield Ave, West Caldwell, NJ 07006-7123 |
| 519122315 | | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519146051 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519122320 | + | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 519122321 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519122322 | | Lincoln Automotive Fin, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 519122323 | | Maternal Fetal Medicine, PO Box 416524, Boston, MA 02241-6524 |
| 519122324 | | Maternal Fetal Medicine of Practice Asso, 100 Madison Ave Box 68, Morristown, NJ 07960-6136 |
| 519122325 | | Midatlantic Neonatology, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122326 | | Morristown Medical Center, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122327 | | Nephrological Associates PA, 83 Hanover Rd Ste 290, Florham Park, NJ 07932-1520 |
| 519150885 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519122330 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 519122333 | | Tally, 375 Alabama St Ste 325, San Francisco, CA 94110-7334 |
| 519122334 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519122335 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519122336 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519122337 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519130728 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2021 21:01:00 | United States Trustee, Office of the United States |

Case 21-11511-VFP    Doc 22    Filed 04/18/21    Entered 04/19/21 00:21:00    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: plncf13 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2021 21:00:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 21:59:23 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: bncmail@w-legal.com | Apr 16 2021 21:01:00 | Weinstein & Riley, P.S., 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| 519128340 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2021 21:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519122291 | Email/Text: mreed@affcollections.com | Apr 16 2021 21:01:00 | Accurate Collection Services, 17 Prospect St, Morristown, NJ 07960-6862 |
| 519122292 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2021 21:00:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519122303 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 21:59:45 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519122302 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 22:03:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519122304 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 22:00:12 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519122305 | Email/Text: bankruptcy@certifiedcollection.com | Apr 16 2021 21:00:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519122306 | Email/Text: bankruptcy@certifiedcollection.com | Apr 16 2021 21:00:00 | Certified Credit and Collections Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 519122308 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 22:03:33 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519122311 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2021 21:00:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519122310 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2021 21:00:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519129335 | Email/Text: mrdiscen@discover.com | Apr 16 2021 20:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519122313 | Email/Text: mrdiscen@discover.com | Apr 16 2021 20:59:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519122314 | Email/Text: mrdiscen@discover.com | Apr 16 2021 20:59:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519122316 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 16 2021 21:00:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519122317 | Email/Text: lori.rudolph@atlantichealth.org | Apr 16 2021 21:01:00 | Hackettstown Regional Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 519122318 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2021 21:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519122307 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 16 2021 22:03:07 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519122319 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 16 2021 21:56:46 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519161872 | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2021 21:00:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519122329 | + Email/Text: bankruptcyteam@quickenloans.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: plncf13 | Total Noticed: 63 |

| Recip ID | | Notice method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2021 21:01:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519122328 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2021 21:01:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519122331 | | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 21:56:30 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519125161 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 21:56:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519122332 | | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 21:59:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519134160 | + | Email/Text: bncmail@w-legal.com | Apr 16 2021 21:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519145241 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519122298 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519147136 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott J. Goldstein | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: plncf13 | Total Noticed: 63 |

        on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com
        cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6