UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for John DaSilva and Jessica DaSilva, Debtors.

In Re:

    John DaSilva
    Jessica DaSilva,
                      Debtors.

Case No.: 21-11511
Chapter: 13
Adv. No.:
Hearing Date: 07/15/21
Judge: VFP

# CERTIFICATION OF SERVICE

1. I, Marissa R. Dontas,

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Scott J. Goldstein, who represents Debtors in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 4, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtors' Certification in Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date: June 4, 2021                  /s/Marissa R. Dontas
                                                              Signature

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Chapter 13 Trustee<br>30 Two Bridges Road, Suite 330, Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Per waiver via CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*