Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11511−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John DaSilva
41 Outlook Ave
Budd Lake, NJ 07828−3413

Jessica Lynn DaSilva
fka Jessica Malatesta
41 Outlook Ave
Budd Lake, NJ 07828−3413

Social Security No.:
  xxx−xx−0622                                                xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/1/21
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott J. Goldstein

COMMISSION OR FEES
$400.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 7, 2021
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11511-VFP |
| John DaSilva | Chapter 13 |
| Jessica Lynn DaSilva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 07, 2021 | Form ID: 137 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |
| 519155811 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519122293 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519122294 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519122295 | | Anesthesia Associates of Morristown< PA, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122296 | | Atlantic Ambulance Corp, PO Box 35654, Newark, NJ 07193-5654 |
| 519122297 | | Atlantic Medical Group, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122299 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519168948 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519122301 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519122300 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519122309 | + | CMRE Financial Services, 3075 E Imperial Hwy, Brea, CA 92821-6753 |
| 519122312 | + | David B. Watner, Esq., 1129 Bloomfield Ave, West Caldwell, NJ 07006-7123 |
| 519190528 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519122315 | | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519146051 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519122320 | + | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 519122321 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519122322 | | Lincoln Automotive Fin, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 519122323 | | Maternal Fetal Medicine, PO Box 416524, Boston, MA 02241-6524 |
| 519122324 | | Maternal Fetal Medicine of Practice Asso, 100 Madison Ave Box 68, Morristown, NJ 07960-6136 |
| 519122325 | | Midatlantic Neonatology, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122326 | | Morristown Medical Center, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122327 | | Nephrological Associates PA, 83 Hanover Rd Ste 290, Florham Park, NJ 07932-1520 |
| 519150885 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519122330 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 519122333 | | Tally, 375 Alabama St Ste 325, San Francisco, CA 94110-7334 |
| 519122334 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519122335 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519122336 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519122337 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519130728 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2021 20:21:00 | United States Trustee, Office of the United States |

Case 21-11511-VFP    Doc 32    Filed 06/09/21    Entered 06/10/21 00:14:03    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 137 | Total Noticed: 67 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jun 07 2021 21:09:16 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: bncmail@w-legal.com | Jun 07 2021 20:21:00 | Weinstein & Riley, P.S., 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| 519128340 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519122291 | Email/Text: mreed@affcollections.com | Jun 07 2021 20:21:00 | Accurate Collection Services, 17 Prospect St, Morristown, NJ 07960-6862 |
| 519122292 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519122303 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 22:41:18 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519122302 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:08:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519122304 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2021 21:09:26 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519122305 | Email/Text: bankruptcy@certifiedcollection.com | Jun 07 2021 20:20:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519122306 | Email/Text: bankruptcy@certifiedcollection.com | Jun 07 2021 20:20:00 | Certified Credit and Collections Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 519122308 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2021 21:08:17 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519122311 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2021 20:20:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519122310 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2021 20:20:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519129335 | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519122313 | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519122314 | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519122316 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519122317 | Email/Text: lori.rudolph@atlantichealth.org | Jun 07 2021 20:21:00 | Hackettstown Regional Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 519122318 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2021 20:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519122307 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 07 2021 22:39:25 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519122319 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 07 2021 21:09:44 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519205087 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2021 21:09:25 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519190378 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2021 21:08:13 | Portfolio Recovery Associates, LLC, c/o Jet Blue, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 137 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519190688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2021 21:08:13 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519161872 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2021 20:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519195472 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2021 20:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519122329 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 07 2021 20:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519122328 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 07 2021 20:21:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519122331 | | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2021 21:09:16 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519125161 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2021 21:09:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519122332 | | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2021 21:08:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519134160 | + | Email/Text: bncmail@w-legal.com | Jun 07 2021 20:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519145241 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519122298 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519147136 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

District/off: 0312-2      User: admin      Page 4 of 4
Date Rcvd: Jun 07, 2021      Form ID: 137      Total Noticed: 67

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6