UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
52379
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

In Re:

JOHN DASILVA
JESSICA DASILVA



Order Filed on June 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-11511

Adv. No.:

Hearing Date: 4-15-21

Judge: VFP

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF FORD MOTOR CREDIT COMPANY LLC

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 17, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

John and Jessica DaSilva
21-11511(VFP)
Order resolving objection to confirmation of Ford Motor Credit Company LLC
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Scott Goldstein, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Ford Motor Credit Company LLC is unaffected by the plan and is being paid outside of the plan directly by the debtor in connection with a loan encumbering a 2019 Ford Fusion.