| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J. GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for John DaSilva and Jessica DaSilva, Debtors | Order Filed on July 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re:<br><br>    John DaSilva<br>    Jessica DaSilva,<br><br>                    Debtors | Case No.: | 21-11511 |
|---|---|---|
|  | Chapter: | 13 |
|  | Judge: | VFP |

## ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: July 1, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) or has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J. Goldstein_____ the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $ __0__ for a total of $ __400__ The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $~~ __0__ ~~per month for~~ ~~56~~ ~~months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.