| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J. GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for John DaSilva and Jessica DaSilva, Debtors | Order Filed on July 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re:<br><br>    John DaSilva<br><br>    Jessica DaSilva,<br><br>                                  Debtors | Case No.: 21-11511<br>Chapter: 13<br>Judge: VFP |
|---|---|

## ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: July 1, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
Page 2

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) or has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J. Goldstein_____ the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $ __0__ for a total of $ __400__ The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $~~ __0__ ~~per month for~~ __56__ ~~months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.

United States Bankruptcy Court
District of New Jersey

In re:  
John DaSilva  
Jessica Lynn DaSilva  
    Debtors

Case No. 21-11511-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1  
Date Rcvd: Jul 02, 2021     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6