UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

52822
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

In Re:

JOHN DASILVA
JESSICA LYNN DASILVA

Order Filed on December 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-11511

Adv. No.

Hearing Date: 10-21-2021

Judge: (VFP)

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 20, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: John and Jessica DaSilva / 52822
Case No: 21-11511
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC with the appearance of Scott J. Goldstein, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC ("Ford") is the holder of a first purchase money security interest encumbering a 2019 Ford Fusion bearing vehicle identification number 3FA6P0CD0KR224706.

2. That commencing with their November 2021 monthly payment, the debtor is to make regular monthly payments directly to Ford Motor Credit Company LLC in accordance with the terms of the loan agreement.  If the debtors fail to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Ford shall be entitled to stay relief upon filing a certification of nonpayment with the court and serving it on the debtors, their attorney, and the chapter 13 trustee.

**(Page 3)**

Debtor: John and Jessica DaSilva / 52822

Case No: 21-11511

Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

3. That the debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford must be listed as loss payee. If the debtors fail to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtors, their attorney, and the chapter 13 trustee.

4. That the debtors are to pay a counsel fee of $513.00 to Ford through their chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11511-VFP |
| John DaSilva | Chapter 13 |
| Jessica Lynn DaSilva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 20, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6