SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

Re:  JOHN DASILVA
JESSICA LYNN DASILVA
41 OUTLOOK AVE
BUDD LAKE,  NJ  07828-3413

Atty:  SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 21-11511

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $53,816.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/09/2021 | $630.00 | 7513165000 | 04/09/2021 | $630.00 | 7588640000 |
| 05/11/2021 | $630.00 | 7663288000 | 06/14/2021 | $630.00 | 7742218000 |
| 07/08/2021 | $630.00 | 7796902000 | 08/19/2021 | $630.00 | 7888973000 |
| 09/16/2021 | $630.00 | 7952509000 | 10/26/2021 | $630.00 | 8036882000 |
| 11/19/2021 | $938.00 | 8092337000 | 12/30/2021 | $938.00 | 8174997000 |

**Total Receipts: $6,916.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,916.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | |
| | 10/18/2021 | $19.57 | 879,101 | 12/13/2021 | $31.11 | 882,446 |
| | 01/10/2022 | $45.13 | 884,102 | | | |
| FORD MOTOR CREDIT CO LLC | | | | | | |
| | 01/10/2022 | $22.76 | 884,340 | | | |
| QUICKEN LOANS INC | | | | | | |
| | 10/18/2021 | $356.93 | 879,699 | 12/13/2021 | $567.39 | 883,032 |
| | 01/10/2022 | $823.21 | 884,679 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 408.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 1,068.20 | 100.00% | 95.81 | |

**Chapter 13 Case # 21-11511**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 0.00 | |
| 0005 | ANESTHESIA ASSOCIATES OF MORRISTO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 6,068.50 | * | 0.00 | |
| 0010 | PORTFOLIO RECOVERY ASSOCIATES LLC | UNSECURED | 4,106.13 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,042.45 | * | 0.00 | |
| 0018 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 0.00 | |
| 0019 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 0.00 | |
| 0024 | DISCOVER BANK | UNSECURED | 7,274.74 | * | 0.00 | |
| 0027 | HACKETTSTOWN REGIONAL MEDICAL C | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 0.00 | |
| 0032 | FORD MOTOR CREDIT CO LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MORRISTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | NEPHROLOGICAL ASSOCIATES PA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | QUICKEN LOANS INC | MORTGAGE ARRE | 19,482.93 | 100.00% | 1,747.53 | |
| 0042 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 0.00 | |
| 0043 | TALLY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | TD BANK USA NA | UNSECURED | 4,056.63 | * | 0.00 | |
| 0048 | WELLS FARGO CARD SERVICES | UNSECURED | 4,171.03 | * | 0.00 | |
| 0051 | MORRISTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | DISCOVER BANK | UNSECURED | 13,191.15 | * | 0.00 | |
| 0053 | JPMORGAN CHASE BANK NA | UNSECURED | 5,183.50 | * | 0.00 | |
| 0054 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | FORD MOTOR CREDIT CO LLC | (NEW) Auto Agreed | 513.00 | 100.00% | 22.76 | |

**Total Paid:  $6,024.90**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $6,916.00        -    Paid to Claims: $1,866.10    -    Admin Costs Paid: $4,158.80    =    Funds on Hand: $891.10

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.