

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Rebecca A. Solarz, Esquire<br>Denise Carlon<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>f/k/a Quicken Loans Inc. | **Order Filed on January 21, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>John DaSilva<br>Jessica Lynn DaSilva fka Jessica Malatesta<br><br>      DEBTOR(S), | Case No:      21-11511 VFP<br><br>Chapter: 13<br><br>Hearing Date: January 20, 2022<br>Judge: Vincent F. Papalia |

# ORDER VACTING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 21, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans</u>

<u>Inc.</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as 41 Outlook Ave, Budd Lake NJ 07828**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's
Sale (or purchaser's assignee) may take any legal action for enforcement of its right to
possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 21-11511-VFP
John DaSilva                                                                                      Chapter 13
Jessica Lynn DaSilva
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 2
Date Rcvd: Jan 21, 2022                         Form ID: pdf903                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

**Recip ID**                **Recipient Name and Address**
db/jdb                          John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022                         Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 21, 2022                       Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7