Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11511−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John DaSilva
41 Outlook Ave
Budd Lake, NJ 07828−3413

Jessica Lynn DaSilva
fka Jessica Malatesta
41 Outlook Ave
Budd Lake, NJ 07828−3413

Social Security No.:
xxx−xx−0622                                            xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 18, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 22, 2022
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 21-11511-VFP
John DaSilva                                                                         Chapter 13
Jessica Lynn DaSilva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                      Page 1 of 4
Date Rcvd: Feb 22, 2022            Form ID: 148                   Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |
| 519122295 | | Anesthesia Associates of Morristown< PA, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122296 | | Atlantic Ambulance Corp, PO Box 35654, Newark, NJ 07193-5654 |
| 519122297 | | Atlantic Medical Group, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519168948 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519122309 | + | CMRE Financial Services, 3075 E Imperial Hwy, Brea, CA 92821-6753 |
| 519122312 | + | David B. Watner, Esq., 1129 Bloomfield Ave, West Caldwell, NJ 07006-7123 |
| 519122320 | + | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 519122321 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519122323 | | Maternal Fetal Medicine, PO Box 416524, Boston, MA 02241-6524 |
| 519122324 | | Maternal Fetal Medicine of Practice Asso, 100 Madison Ave Box 68, Morristown, NJ 07960-6136 |
| 519122325 | | Midatlantic Neonatology, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122326 | | Morristown Medical Center, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519122327 | | Nephrological Associates PA, 83 Hanover Rd Ste 290, Florham Park, NJ 07932-1520 |
| 519122330 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 519122333 | | Tally, 375 Alabama St Ste 325, San Francisco, CA 94110-7334 |
| 519122336 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519122337 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 23 2022 04:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: RMSC.COM | Feb 23 2022 04:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 22 2022 23:19:00 | Weinstein & Riley, P.S., 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| 519128340 | | EDI: PHINAMERI.COM | Feb 23 2022 04:13:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519122291 | | Email/Text: mreed@affcollections.com | Feb 22 2022 23:19:00 | Accurate Collection Services, 17 Prospect St, Morristown, NJ 07960-6862 |
| 519155811 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 21-11511-VFP    Doc 48    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 148 | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | Feb 22 2022 23:15:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519122292 | EDI: PHINAMERI.COM | | |
| | | Feb 23 2022 04:13:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519122293 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 22 2022 23:26:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519122294 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 22 2022 23:15:58 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519122299 | EDI: BANKAMER.COM | | |
| | | Feb 23 2022 04:13:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519122298 | EDI: BANKAMER.COM | | |
| | | Feb 23 2022 04:13:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519122300 | EDI: TSYS2 | | |
| | | Feb 23 2022 04:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519122301 | EDI: TSYS2 | | |
| | | Feb 23 2022 04:13:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519122303 | EDI: CAPITALONE.COM | | |
| | | Feb 23 2022 04:13:00 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519122302 | EDI: CAPITALONE.COM | | |
| | | Feb 23 2022 04:13:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519122304 | EDI: CITICORP.COM | | |
| | | Feb 23 2022 04:13:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519122305 | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | Feb 22 2022 23:19:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519122306 | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | Feb 22 2022 23:19:00 | Certified Credit and Collections Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 519122308 | EDI: CITICORP.COM | | |
| | | Feb 23 2022 04:13:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519122311 | EDI: WFNNB.COM | | |
| | | Feb 23 2022 04:13:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519122310 | EDI: WFNNB.COM | | |
| | | Feb 23 2022 04:13:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519129335 | EDI: DISCOVER.COM | | |
| | | Feb 23 2022 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519122313 | EDI: DISCOVER.COM | | |
| | | Feb 23 2022 04:13:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519122314 | EDI: DISCOVER.COM | | |
| | | Feb 23 2022 04:13:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519190528 | EDI: FORD.COM | | |
| | | Feb 23 2022 04:13:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519122315 | EDI: FORD.COM | | |
| | | Feb 23 2022 04:13:00 | Ford Motor Credit Comp, PO Box 542000, Omaha, NE 68154-8000 |
| 519122316 | EDI: PHINAMERI.COM | | |
| | | Feb 23 2022 04:13:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519122317 | Email/Text: lori.rudolph@atlantichealth.org | | |
| | | Feb 22 2022 23:19:00 | Hackettstown Regional Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 519122318 | EDI: IRS.COM | | |
| | | Feb 23 2022 04:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519122307 | EDI: JPMORGANCHASE | | |
| | | Feb 23 2022 04:13:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519122319 | EDI: JPMORGANCHASE | | |
| | | Feb 23 2022 04:13:00 | Jpmcb Card, PO Box 15369, Wilmington, DE |

Case 21-11511-VFP    Doc 48    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 148 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519146051 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 22 2022 23:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519122322 | | EDI: FORD.COM | Feb 23 2022 04:13:00 | Lincoln Automotive Fin, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 519205087 | | EDI: PRA.COM | Feb 23 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519190378 | | EDI: PRA.COM | Feb 23 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519190688 | | EDI: PRA.COM | Feb 23 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519161872 | | EDI: Q3G.COM | Feb 23 2022 04:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519195472 | | EDI: Q3G.COM | Feb 23 2022 04:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519122329 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2022 23:19:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519122328 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2022 23:19:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519150885 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2022 23:19:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519122331 | | EDI: RMSC.COM | Feb 23 2022 04:13:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519125161 | + | EDI: RMSC.COM | Feb 23 2022 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519122332 | | EDI: RMSC.COM | Feb 23 2022 04:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519134160 | + | Email/Text: bncmail@w-legal.com | Feb 22 2022 23:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519122334 | | EDI: WTRRNBANK.COM | Feb 23 2022 04:13:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519122335 | | EDI: WTRRNBANK.COM | Feb 23 2022 04:13:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519130728 | | EDI: WFFC.COM | Feb 23 2022 04:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519145241 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519147136 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7