# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  
    JOHN DASILVA  
    JESSICA LYNN DASILVA  
        Debtor(s)

Case No. 21-11511

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2021.

2) The plan was confirmed on 04/16/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/01/2021, 01/25/2022.

5) The case was dismissed on 02/18/2022.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $48,034.62.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,854.00 |
| Less amount refunded to debtor | $319.57 |

**NET RECEIPTS:**                      **$7,534.43**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $455.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$4,205.70**

Attorney fees paid and disclosed by debtor:     $1,000.00

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| SCOTT J. GOLDSTEIN | Attorney Fee | $1,000.00 | $3,750.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 9,599.00 | 9,474.81 | 9,474.81 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 0.00 | 1,068.20 | 1,068.20 | 1,068.20 | 0.00 |
| ANESTHESIA ASSOCIATES OF MORRI | Unsecured | 255.37 | NA | NA | 0.00 | 0.00 |
| ATLANTIC AMBULANCE CORP | Unsecured | 123.41 | NA | NA | 0.00 | 0.00 |
| ATLANTIC MEDICAL GROUP | Unsecured | 250.59 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 6,068.00 | 6,068.50 | 6,068.50 | 0.00 | 0.00 |
| CITIBANK NORTH AMERICA | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 7,094.00 | 7,274.74 | 7,274.74 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 12,962.00 | 13,191.15 | 13,191.15 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO LLC | Secured | NA | 513.00 | 513.00 | 513.00 | 0.00 |
| HACKETTSTOWN REGIONAL MEDIC | Unsecured | 763.87 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 5,144.00 | 5,183.50 | 5,183.50 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 5,083.00 | 5,187.42 | 5,187.42 | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 339.68 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE OF PRA | Unsecured | 160.11 | NA | NA | 0.00 | 0.00 |
| MIDATLANTIC NEONATOLOGY | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| MORRISTOWN MEDICAL CENTER | Unsecured | 116.94 | NA | NA | 0.00 | 0.00 |
| MORRISTOWN MEDICAL CENTER | Unsecured | 83.27 | NA | NA | 0.00 | 0.00 |
| NEPHROLOGICAL ASSOCIATES PA | Unsecured | 60.12 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,106.00 | 4,106.13 | 4,106.13 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 5,042.00 | 5,042.45 | 5,042.45 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 556.00 | 608.11 | 608.11 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 16,992.00 | 17,209.12 | 17,209.12 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 1,168.00 | 1,232.73 | 1,232.73 | 0.00 | 0.00 |
| QUICKEN LOANS INC | Secured | 19,170.50 | 19,482.93 | 19,482.93 | 1,747.53 | 0.00 |
| TALLY | Unsecured | 2,421.11 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 4,016.00 | 4,056.63 | 4,056.63 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 4,131.00 | 4,171.03 | 4,171.03 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $19,482.93 | $1,747.53 | $0.00 |
| Debt Secured by Vehicle | $1,581.20 | $1,581.20 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,064.13** | **$3,328.73** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$82,806.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,205.70 |
| Disbursements to Creditors | $3,328.73 |
| **TOTAL DISBURSEMENTS :** | **$7,534.43** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/11/2022                         By: /s/ Marie-Ann Greenberg
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**