Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−11511−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John DaSilva<br>41 Outlook Ave<br>Budd Lake, NJ 07828−3413 | Jessica Lynn DaSilva<br>fka Jessica Malatesta<br>41 Outlook Ave<br>Budd Lake, NJ 07828−3413 |
| Social Security No.:<br>  xxx−xx−0622 | xxx−xx−1079 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 13, 2022</u>          <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court